

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00704-CV

**BILL MILLER BAR-B-Q ENTERPRISES, LTD.**,
Appellant

v.

Faith H. **GONZALES**,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 361586
Honorable Irene Rios, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the portion of the trial court's judgment awarding attorney's fees is REVERSED, and the cause is REMANDED to the trial court for a new trial limited to the issue of attorney's fees. It is ORDERED that appellant, Bill Miller Bar-B-Q Enterprises, Ltd., recover its costs in this appeal from appellee, Faith H. Gonzales.

SIGNED October 29, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice